**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Danny Antonio JORDAN, Sr.,
Defendant—Appellant.**

**United States of America,
Plaintiff—Appellee,**

v.

**Brandi Latoya Jordan, Defendant—
Appellant.**

**Nos. 05–6269, 05–6288.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 23, 2005.

Decided: June 29, 2005.

Danny Antonio Jordan, Sr., Brandi La-
Toya Jordan, Appellants pro se.

Before WIDENER, MICHAEL, and
TRAXLER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

In these consolidated appeals, Danny
Antonio Jordan, Sr., and Brandi LaToya
Jordan appeal the district court's order
denying their motion to amend the judg-
ment order entered on November 5, 2003.
We have reviewed the record and find no
reversible error. Accordingly, we affirm
for the reasons stated by the district court.

*See United States v. Jordan,* Nos. CR–01–
70031–6–001; CR–01–70031–6–002
(W.D.Va. Jan. 26, 2005). We grant the
Government's motion to file its informal
brief out of time, grant Brandi Jordan's
motion to amend her informal brief, and
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED*